Argued November 3, 1972, affirmed February 1, 1973

## VANLANDINGHAM, *Appellant, v.* DENNY'S RESTAURANTS, INC. ET AL, *Respondents.*

### 505 P2d 1156

*Roger Tilbury* and *Henry Kane,* Portland, argued the cause for appellant. With them on the briefs were Tilbury & Kane, Portland.

*R. Alan Wight,* Portland, argued the cause for respondents. With him on the brief were Norman J. Wiener, and Miller, Anderson, Nash, Yerke & Wiener, Portland.

HOWELL, J.

Our decision in *Butler v. Vanlandingham,* 264 Or 414, 505 P2d 1149, decided this date, is dispositive of the issues in the instant case.

Affirmed.